# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY K. BROWN,
                    Appellant,
           vs.
FARHA BROWN,
                    Respondent.

No. 78466

FILED

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a post divorce-decree decision of the district court rendered on November 30, 2018. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Review of the notice of appeal reveals jurisdictional defects. No written order was entered on November 30, 2018. The district court minutes indicate that on November 30, 2018, the district court orally denied appellant's "Motion to Stay Proceedings for Enlargement of Record," granted in part his motion for transcripts at state expense, and denied his motion to transport inmate. No statute or court rule authorizes an appeal from such rulings. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Moreover, to the extent any portions of the oral order are not solely administrative in nature, the district court's oral order is of no effect and cannot be appealed. *Div. of Child and Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) (holding "that dispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). To date, it does not appear that the district court has entered a

19-22373

written order regarding this ruling.  Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish


cc:   Hon. Denise L. Gentile, District Judge, Family Court Division
      Jeffrey K. Brown
      Farha Brown
      Eighth District Court Clerk